UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GREGG APPLIANCES, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:18-cv-00201-TAB-WLT |
| v. | ) ) | |
| RAC ACCEPTANCE EAST, LLC d/b/a ACCEPTANCE NOW f/k/a RENT-A-CENTER EAST, INC., | ) ) ) ) | |
| Defendant. | ) | |

## **DEFENDANT'S INITIAL RULE 26 DISCLOSURES**

Defendant, RAC ACCEPTANCE EAST, LLC ("**RAC**" or "**Defendant**"), by and through its undersigned counsel, makes the following initial disclosures in accordance with Fed.R.Bankr.P. 7026(a)(1)(A):

1. The names and, if known, the addresses and telephone numbers of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless for impeachment purposes, are as follows:

   (a) Brett Corley
   5501 Headquarters Drive
   Plano, TX 75024
   Tel.: c/o RAC Counsel – (317) 713-3571

   Brett Corley is the Senior Director, Accounting/Accounts Payable of Defendant and is familiar with the business and financial relationship between Gregg Appliances, Inc. ("Gregg") and Defendant, the transactions between Defendant and Gregg, and Defendant's business records and procedures.

1

   (b)  Ron Schoolcraft
       5501 Headquarters Dr.
       Plano, TX 75024
       Tel.: c/o RAC Counsel – (317) 713-3571

       Ron Schoolcraft is the Vice President, AcceptanceNow Business Development and is familiar with the services provided by Defendant and Defendant's business records and procedures.

   (c)  Any and all persons disclosed by the Plaintiff in this action.

   (d)  Any and all persons necessary for rebuttal and/or impeachment purposes.

  2. A description by category and location of all documents, electronically stored information, and tangible things within Defendant's possession, custody, or control and may use to support its claims or defenses, unless for purposes of impeachment, is as follows:

   (a)  Referral Agreement;

   (b)  Accounting and database records memorializing the transactions between Gregg, Defendant, and Gregg's customers;

   (c)  E-mails between the parties, their representatives and/or pertaining to the subject matter of the adversary complaint;

   (d)  Any exhibits to the complaint filed in this proceeding;

   (e)  Any and all documents produced through discovery in this proceeding;

   (f)  Any and all documents relied upon by any expert witnesses in this proceeding;

   (g)  Any and all documents disclosed by the Plaintiff in this action; and

   (h)  Any and all documents necessary for rebuttal and/or impeachment purposes.

  3. Defendant believes that no damages will be awarded to the Plaintiff.

4.     Defendant is unaware of any policy of insurance which would partially or fully satisfy any judgment obtained against the Defendant.

### RESERVATION OF RIGHTS

Defendant reserves the right to amend or supplement these disclosures, including, without limitation, as a result of discovery conducted in this adversary proceeding. Nothing contained herein is either intended or should be construed as a waiver or limitation of any additional claim(s) or defenses, or any right to amend or supplement these initial disclosures.

Date:   November 29, 2018                    Respectfully submitted,

                                             RAC Acceptance East, LLC d/b/a
                                             Acceptance Now f/k/a Rent-A-Center East, Inc.,


                                     By:     */s/ John R. Humphrey*
                                             John R. Humphrey
                                             One of its counsel

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Ph. 317-713-3500
Fax 317-713-3699
jhumphrey@taftlaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 29, 2018 a copy of the foregoing Defendant's Initial Rule 26 Disclosures will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system:

Adam Arceneaux
Jeffrey A. Hokanson
Sarah L. Fowler
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200

John D. Giampolo
ICE MILLER LLP
1500 Broadway, 29th Floor
New York, NY  10036

James R. Irving
BINGHAM GREENBAUM DOLL, LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY  40202

Thomas C. Scherer
Whitney L. Mosby
BINGHAM GREENBAUM DOLL, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

                                                         /s/ *John R. Humphrey*
                                                          John R. Humphrey

23930109.1